GEORGE MARTIN v. THE STATE OF NEBRASKA.

[FILED SEPTEMBER 17, 1889.]

The former decision in this case reported in 23 Neb., 371, adhered to.

REHEARING of case reported in 23 Neb., 371.

*O. P. Mason,* for plaintiff in error.

*William Leese, Attorney General,* for defendant in error.

REESE, CH. J.

This case is upon a rehearing granted after the decision reported in 23 Neb., 371, was announced.

An exhaustive brief has been filed by counsel for plaintiff in error, in which substantially every question in the former opinion is ably reviewed. But after a careful reëxamination of the propositions presented we are satisfied with

the conclusions reached at that time.    The judgment of of the court as then entered will stand.

JUDGMENT AFFIRMED.

COBB, J., concurs.

MAXWELL, J. dissents.